**DECLARATION OF SCOTT ABRAHAM**

Scott Abraham deposes and states the following pursuant to 28 U.S.C. § 1746:

1. I am familiar with the facts and circumstances set forth in this Declaration. I make this Declaration based on my personal knowledge, and/or my review of documents maintained in the regular course of business of my employer Intuit Inc. ("Intuit") in my capacity as Intuit's Director of Ethics & Investigations and Employees Relations, unless explicitly noted.

2. Toni Brennan ("Brennan") was hired as a Credentialed Tax Expert for Intuit, a seasonal role on September 19, 2025. At the time of termination of her employment, Brennan's rate of pay was $28.77 per hour.

3. Brennan had previously worked for Intuit in other seasonal roles from January 19, 2024 to April 26, 2024 and December 6, 2024 to April 25, 2025.

4. On September 19, 2025, Brennan applied for seasonal employment with Intuit as a Seasonal TurboTax Live Mgr 1. At the time of her application, the pay range for this role was from $46.10 per hour to $58.90 per hour ($47,944.00 to $61,256.00 for six months of work).

5. On October 9, 2025, Brennan applied for seasonal employment with Intuit as a Seasonal TurboTax Live Business Tax Manager 1. At the time of her application, the pay range for this role was from $46.10 per hour to $58.90 per hour ($47,944.00 to $61,256.00 for six months of work).

6. On October 9, 2025, Brennan applied for seasonal employment with Intuit as a TurboTax Live Seasonal Manager 1 (Canadian Expert Network). At the time of her application, the pay range for this role was from $42.00 per hour to $53.70 per hour ($43,680.00 to $55,848.00 for six months of work).

7. On October 9, 2025, Brennan applied for seasonal employment with Intuit as a Seasonal Business Tax Expert Lead. At the time of her application, the salary range for this role was $37.30 per hour to $47.60 per hour ($38,792.00 to $49,504.00 for six months of work).

8. On October 9, 2025, Brennan applied for seasonal employment with Intuit as a SelectTime Business Tax Lead (between 20-40 hours per week). At the time of her application, the salary range for this role was $37.30 per hour to $47.60 per hour ($29,094.00.00 to $37,128.00 working 30 hours per week for six months of work).

9. Sally Reagan ("Reagan") is an Intuit employee whose resides and is domiciled in the state of California.

10. Thomas Hale ("Hale") is an Intuit employee whose resides and is domiciled is in the state of Georgia.

11. Charles Titus ("Titus") is an Intuit employee who resides and is domiciled in the state of South Carolina.

12. Tene Broomfield ("Broomfield") is an Intuit employee who resides and is domiciled in the state of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

April 1, 2026

Scott Abraham